IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AVILA GONZALEZ,

     Plaintiff,

v.                                              CASE NO. 1:05-cv-00198-MP-AK

PUTNEAL'S  PREMIUM  PINESTRAW  INC,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 14, Stipulation of Dismissal Without Prejudice by Avila Gonzalez, Putneal's Premium Pinestraw Inc.  A teleconference was held regarding the stiipulation.  As stated during the teleconference, this matter is dismissed without prejudice.  The Court will retain jurisdiction until September 1, 2006, to ensure that settlement is effected.  The Plaintiff shall retain the right to reopen this action on his individual behalf by filing a Notice that he is so doing on or before August 8, 2006. Upon filing a Notice by Plaintiff of the reopening of this action, the Defendant may Answer, move or otherwise respond to the Complaint in this action within twenty (20) days of the filing of such Notice unless other action is called for under the terms of Plaintiff's Notice.

     **DONE AND ORDERED** this *4th*  day of April, 2006

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge