IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


LUIS AVILA-GONZALEZ,

     Plaintiff,

v.                                             CASE NO. 1:05-cv-00198-MP-AK

PUTNAL'S PREMIUM PINE
STRAW INC,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

HAVING CONSIDERED the Stipulation of Dismissal with Prejudice and Motion for Confirming Order by the Parties, including the terms thereof,

IT IS HEREBY ORDERED that this action be confirmed as dismissed in its entirety, with prejudice, with the respective parties to bear their own expenses and attorney's fees.

IT IS HEREBY FURTHER ORDERED that for the period beginning five (5) days after entry of this Order and ending two (2) years and five (5) days after the entry of this Order, Defendant Putnals Premium Pine Straw Inc., if the Defendant employs migrant or seasonal agricultural workers, as defined by the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §§ 1802 (8) and 1802(10), during that period and if it is not exempt from the application of the Act, will take good-faith steps to:

1.    Engage only farm labor contractors who are registered pursuant to 29 U.S.C. § 1811 to recruit, solicit, hire, furnish or transport workers for the Defendant unlessany such person who would otherwise be a farm labor contractor is an employee of the Defendant as permitted by 29 U.S.C. § 1802(7);

2.      Provide all migrant agricultural workers at the time of recruitment with a written statement of the terms and conditions of employment as required by 29 U.S.C. § 1821(a) of the Migrant and Seasonal Agricultural Worker Protection Act;

3.      Ensure that any housing for migrant agricultural workers it owns or controls is inspected and approved by an appropriate health and safety agency prior to occupancy as required by 29 U.S.C. § 1823(b)(1) or that it has timely requested such inspection at least forty-five (45) days prior to such occupancy, as permitted pursuant to 29 U.S.C. § 1823(b)(2), unless such housing is not subject to such standards pursuant to 29 U.S.C. § 1823(c);

4.      Ensure that the conditions of any housing covered by such standards that it provides to migrant agricultural workers meet applicable, substantive State and Federal housing standards;

5.      Keep and maintain payroll records for migrant and seasonal agricultural workers as required by the Migrant and Seasonal Agricultural Worker Protection Act;

6.      Provide its migrant and seasonal agricultural workers with wage statements on or before each payday containing the information required by the Migrant and Seasonal Agricultural Worker Protection Act;

7.      Pay all migrant and seasonal agricultural workers their wages when due as required under 29 U.S.C. §§ 1822(a) and 1832(a);

8.      Maintain a liability bond or workers' compensation insurance on any vehicles the Company uses or causes to be used for the transportation of migrant and seasonal agricultural workers; and

9.      Ensure that any covered vehicle it uses or causes to be used for the transportation

of migrant and seasonal agricultural workers complies with applicable State and

Federal safety standards.


**DONE AND ORDERED** this  *24th*  day of August, 2006


_____*s/Maurice M. Paul*_____

Maurice M. Paul, Senior District Judge